BRADLEY CAFETERIA, INC., Appellant, v. PRICE ENTERPRISES, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ.

■

HAROLD E. INGRAM et al., Respondents, v. HARRIS S. BIGELOW et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See *post*, p. 758.]

■

MARGUERITE V. TAYLOR, Appellant, v. OSCAR M. TAYLOR, Respondent.— Judgment and order unanimously affirmed. No. opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ. [See *post*, p. 759.]

■

ROBERT I. LENNOX, Respondent, v. EBBEN SCHRAMM, Appellant.— Order reversed, with $20 costs and disbursements to appellant, and the motion granted, and judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs. The complaint does not allege that the words were spoken of the plaintiff in his professional capacity, and plaintiff has failed to plead special damages. The usual requirement in slander actions that a crime be charged is controlling. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ.; Cohn, J., dissents in the following memorandum: I dissent and vote to affirm on the ground that the slanderous words charged a specifically identified person with a specific instance of cheating against a specifically identified person of a specified sum of money, which is sufficient to charge the plaintiff with the commission of a crime.

■

MARION E. LACHS v. FIDELITY & CASUALTY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore and Bergan, JJ. [See 281 App. Div. 633.]

■

LAWRENCE IANNOTTI v. HALSWAY REALTY CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 281 App. Div. 968.]

■

GENERAL ELECTRIC COMPANY v. MASTERS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 1016.]

■

In the Matter of LOUIS KAYE (Admitted under the Name of LOUIS KAMINETSKY), an Attorney. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Glennon, Dore and Breitel, JJ. [See 281 App. Div. 508.]